**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| HENLEY MENDEZ,       )  | |
|                      )  | |
|     Plaintiff,       )  | |
|                      )  | |
|     v.               )  | Case No.: 8:13-cv-03612 -PWG |
|                      )  | |
| GC SERVICES, LP,     )  | |
|                      )  | |
|     Defendant.       )  | |

**NOTICE OF SETTLEMENT**

Plaintiff, HENLEY MENDEZ ("Plaintiff"), through Plaintiff's attorneys, Law Offices of M. Edvard Shprukhman, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By: /s/ _____
M. Edvard Shprukhman
Law Offices of M. Edvard Shprukhman
8202 Anita Rd.
Baltimore, MD 21208
Tel: 410-262-6448
E-mail: legalhelptoday@gmail.com

**CERTIFICATE OF SERVICE**

On December 19, 2013, this Notice of Settlement was electronically filed with the Clerk of the U.S. District Court. A copy the document was e-mailed to Defendant's counsel, Todd Stetler, at tstelter@hinshawlaw.com.

By: /s/ _____
M. Edvard Shprukhman